FILED
CHARLOTTE, NC

DEC 20 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:22-CR-314-MOC-DSC |
| ) | |
| v. ) | UNDER SEAL |
| ) | **ORDER TO SEAL** |
| CHRISTOPHER HERWIG ) | |
| ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Plea Agreement, Factual Basis, Motion to Seal and this Order be sealed, to protect the identify of a currently uncharged coconspirator for 31 days or until until further order of this court,

**IT IS HEREBY ORDERED** that the Plea Agreement, Factual Basis, Motion to Seal and this Order, be sealed until 31 days from the date of this Order or until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 20 day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE